## EDWARDS *v.* THE TOWN OF COLUMBIA CITY.

From the Whitley Circuit Court.

*W. Olds* and *M. Sickafoose*, for appellant.

*C. B. Tulley* and *J. Krider*, for appellee.

HOWK, J.—The questions presented for decision by the record of this cause, and the errors assigned thereon, are precisely the same as those which

were considered and decided in the case of *Walter* v. *The Town of Columbia City.* 61 Ind. 24. Upon the authority of that case, the judgment in this case must be reversed.

The judgment is reversed, at the appellee's costs, and the cause is remanded, with instructions to sustain the appellant's demurrer to appellee's complaint.